BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2736
Facsimile: (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H. by and through his Guardian Ad Litem, ALEJANDRO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER DAVIS HOSPITAL; BETHELEN JOHNSON, M.D.; UNITED STATES, and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO. 2:15-cv-00813 MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE TIME FOR FILING THE JOINT STATUS REPORT** |

The parties, Plaintiff G.H. and Defendant United States,[1] by and through their respective counsel, hereby stipulate and respectfully request that the deadline for filing the Joint Status Report be continued until the resolution of Defendant United States' motion to dismiss the complaint for lack of jurisdiction. (Dkt 4) The motion to dismiss is currently pending and noticed for hearing on June 25, 2015.

Dated: June 10, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Chi Soo Kim*
CHI SOO KIM

---

[1] Defendant Sutter Health, Sacramento Sierra Region (dba Sutter Davis Hospital) was erroneously sued as Sutter Davis Hospital. Defendant Sutter Health, Sacramento Sierra Region has not yet made an appearance in this action.

Joint Stipulation and Order to Continue the Time for Filing the Joint Status Report                    1

Assistant U.S. Attorney

Dated: June 11, 2015                           WILCOXEN CALLAHAM, LLP


By:   /s/ Michelle C. Jenni
      MICHELLE C. JENNI

Attorney for Plaintiffs


### ORDER

The deadline for filing the Joint Status Report shall be continued until the resolution of Defendant United States' Motion to Dismiss for lack of jurisdiction.

IT IS SO ORDERED.

Dated: June 15, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT